UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, | : |
| Petitioner, | : |
| v. | : Case No.3:16-mc-00002-GCM-DSC |
| | : (No. 15-72162-2015-9th Cir.) |
| SYNERGY ONE LOCATING, LLC and SAFE MARKX, LLC, | : |
| Respondents, | : |
| and | : |
| COMCAST CORP. and BB&T Corp., | : |
| Garnishees. | : |

## WRIT OF GARNISHMENT

TO: Comcast Corporation
One Comcast Center
Philadelphia, Pennsylvania 19103-2838

The National Labor Relations Board ("the Board"), an independent agency of the United States Government, has filed with the Court an Application for a Writ of Garnishment against the property of Respondents Synergy One Locating, LLC and Safe MarkX, LLC (the "Respondents"). A Judgment has been entered by the United States Court of Appeals for the Ninth Circuit (Case No. 15-72162) against Respondents in the amount of $46,359, plus interest of $1,121. This Judgment has been properly registered with this Court. The Board has alleged that the total amount currently due and owing pursuant to the referenced Judgment is $52,228, including accumulated interest and a surcharge of ten per cent provided pursuant to law (28 U.S.C. § 3011).

**YOU ARE HEREBY REQUIRED** to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession any moneys or property owned by or in which any of the following entities have a substantial interest, or whether you are indebted to any of these entities: Synergy One Locating, LLC and Safe MarkX, LLC. You shall include in your answer a description of all such property and indebtedness, and the value of any such property. Your answer must also give a description of any previous garnishments to which such property is subject, if any. For your convenience, a form answer is being provided with this Writ.

**YOU MUST FILE** the original written answer to this Writ of Garnishment within ten (10) days of your receipt of this Writ with the Clerk of the United States District Court for the Western District of North Carolina at the following address.

> United States Courthouse
> Charles R. Jonas Federal Building
> 401 West Trade Street, Room 210
> Charlotte, North Carolina 28202.

Additionally, you must also serve a copy of your answer upon Respondents **Synergy One Locating, LLC** at 2217 Matthews Township Pkwy, Suite D 259, Matthews, North Carolina 28105 and **Safe MarkX, LLC** at 195 North Trade Street, Matthews, North Carolina 28105 and/or P.O. Box 2570, Matthews, North Carolina 28105, and upon Paul A. Thomas, Attorney, National Labor Relations Board, 1015 Half Street SE, Fourth Floor, Washington, D.C. 20003.

**YOU ARE HEREBY COMMANDED**, unless otherwise directed by the Court or by this Writ, not to pay any debt owed to either of the Respondents at the time this Writ was served and not to deliver, sell, or transfer any property or moneys of either of the Respondents in your possession or control at the time when this Writ was served, or which may hereafter come into your possession or control, and until further order of the Court. Any such payment, delivery, sale, or transfer is void to the extent necessary to satisfy the Board's claim.

**YOU ARE FURTHER COMMANDED** to withhold and retain any property in which either of the Respondents has a substantial interest and for which you are or may become indebted to either of the Respondents, pending further order of the Court.

Under the law, there is property which is exempt from this Writ of Garnishment. If, at the time this writ was served, you owe either of the Respondents any earnings (that is, wages, salary, commission, bonus, or other compensation for personal services or any periodic payments pursuant to a pension or retirement program), Respondents are entitled to receive amounts that are exempt from garnishment under federal and state law. You must pay the exempt amounts to Respondents on the day you would customarily pay the compensation or other periodic payment.

If you owe either of the Respondents moneys in excess of $52,228 hold only that amount and release all additional funds or property of Respondents.

**IF YOU FAIL TO ANSWER THIS WRIT OF GARNISHMENT OR FAIL TO WITHHOLD PROPERTY** in accordance with this Writ, the Board may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court shall enter judgment against you for the value of the interest of any of the Respondents in such property.

**IT IS UNLAWFUL TO PAY OR DELIVER TO EITHER OF THE RESPONDENTS ANY ITEM, FUNDS OR MONEY ATTACHED BY THIS WRIT.**

This Writ of Garnishment <u>shall be continuing</u> and shall terminate only as provided in 28 U.S.C. § 3205(c)(10).

**SO ORDERED**.

Signed: July 7, 2016

_____
David S. Cayer
United States Magistrate Judge