**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| **NATIONAL LABOR RELATIONS BOARD,** : | |
| : | |
| **Petitioner,** : | |
| : | |
| **v.** : | **Case No.3:16-mc-00002-GCM-DSC** |
| : | **(No. 15-72162-2015-9th Cir.)** |
| : | |
| **SYNERGY ONE LOCATING, LLC and SAFE** : | |
| **MARKX, LLC,** : | |
| : | |
| **Respondents,** : | |
| : | |
| **DERVON GASKINS,** : | |
| : | |
| **Additional Respondent,** : | |
| : | |
| **and** : | |
| : | |
| **COMCAST CORP., BB&T CORP., WELLS** : | |
| **FARGO BANK, N.A. and HORNETS** : | |
| **BASKETBALL, LLC,** : | |
| : | |
| **Garnishees.** : | |
| : | |

**ORDER GRANTING MOTION TO COMPEL RESPONSES TO
PETITIONER'S REQUESTS FOR PRODUCTION TO (i) SYNERGY ONE
LOCATING, LLC, (ii) SAFEMARKX, LLC, AND (iii) DERVON GASKINS**

The National Labor Relations Board ("Board") has filed a Motion to Compel

Responses to Discovery from Respondents and Additional Respondent. Respondents

have not filed a responsive brief and the time for filing a response has expired.

For good cause shown, the Board's Motion is **GRANTED**.

It is hereby **ORDERED**:

1. That within fourteen (14) days of issuance of this Order, Respondents and

Additional Respondent shall answer each and every one of the Board's discovery

requests by producing responsive documents or stating under oath that no such responsive documents exist.

2. That within fourteen (14) days of issuance of this Order, Respondents and Additional Respondent shall, jointly and severally, pay to the Board the amount of $2855.20 in attorneys' fees as sanction for failing, without good cause, to respond to the Board's discovery requests.

**SO ORDERED.**

Signed: March 13, 2017

David S. Cayer
United States Magistrate Judge