# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **NATIONAL LABOR RELATIONS BOARD,** | : |
| Petitioner, | : |
| v. | : Case No.3:16-mc-00002-GCM-DSC |
| | : (No. 15-72162-2015-9th Cir.) |
| **SYNERGY ONE LOCATING, LLC and SAFE MARKX, LLC,** | : |
| Respondents, | : |
| **DERVON GASKINS,** | : |
| Additional Respondent, | : |
| and | : |
| **COMCAST CORP., BB&T CORP., WELLS FARGO BANK, N.A. and HORNETS BASKETBALL, LLC,** | : |
| Garnishees. | : |

## ORDER COMPELLING ATTENDANCE AT DEPOSITION

The National Labor Relations Board ("Board") has filed a Motion to compel the attendance of Additional Respondent Dervon Gaskins at depositions (document #28). For good cause shown, the Board's Motion is **GRANTED**.

It is hereby **ORDERED**:

1. Respondent shall appear for a deposition at the U.S. Attorney's Office for the Western District of North Carolina, located at 227 W. Trade Street, Suite 1650, Charlotte, North Carolina, on a date and time to be set at the Board's sole discretion, giving Respondent at least seven (7) days written notice.

2. Respondents shall, jointly and severally, pay $6234.00 in attorney fees, and $773.62 in costs, to the NLRB as sanctions for failing to attend their depositions without good cause.

**SO ORDERED.**

Signed: June 23, 2017

David S. Cayer
United States Magistrate Judge