**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| **NATIONAL LABOR RELATIONS BOARD,** | : |
| | : |
| **Petitioner,** | : |
| | : |
| **v.** | : **Case No.3:16-mc-00002-GCM-DSC** |
| | :  **(No. 15-72162-2015-9th Cir.)** |
| | : |
| **SYNERGY ONE LOCATING, LLC and SAFE** | : |
| **MARKX, LLC,** | : |
| | : |
| **Respondents,** | : |
| | : |
| **DERVON GASKINS,** | : |
| | : |
| **Additional Respondent,** | : |
| | : |
| **and** | : |
| | : |
| **COMCAST CORP., BB&T CORP., WELLS** | : |
| **FARGO BANK, N.A. and HORNETS** | : |
| **BASKETBALL, LLC,** | : |
| | : |
| **Garnishees.** | : |
| | : |

### ORDER REQUIRING COMPLIANCE WITH SUBPOENA

Before the Court is a Motion of the National Labor Relations Board to require

compliance with a Subpoena issued to Nuala McGee, CPA, pursuant to Rule 45 of the

Federal Rules of Civil Procedure and prior Order of this Court.   No response has been

filed and the time for filing a response brief has expired.

Pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3015, Fed.

R. Civ. P. 45 and 69, and this Court's inherent powers, and for good cause shown, the

Motion is **GRANTED**.

1

It is hereby **ORDERED** that Nuala McGee, CPA, shall, pursuant to Subpoena, appear at the date, time and place indicated on the Subpoena, or another rescheduled time and place within the jurisdiction of this Court, to give sworn testimony in this case.

**SO ORDERED.**

Signed: September 8, 2017

David S. Cayer
United States Magistrate Judge