# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## NO. 3:16-mc-00002-GCM-DSC

| | |
|---|---|
| **NATIONAL LABOR RELATIONS BOARD,**<br><br>Petitioner,<br><br>v.<br><br>**SYNERGY ONE LOCATING, LLC, and SAFE MARKX, LLC,**<br><br>Respondents,<br><br>**DERVON GASKINS,**<br><br>Additional Respondent,<br><br>and<br><br>**COMCAST CORP., BB&T CORP., WELLS FARGO BANK, N.A., and HORNETS BASKETBALL, LLC**<br><br>Garnishees. | **ORDER** |

**THIS MATTER** is before the Court on the Unopposed Motion for Disbursement of Funds Held Pursuant to Garnishment (Doc. No. 35) filed by Petitioner National Labor Relations Board (the "Board"). Respondents do not oppose this Motion.

Pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3205(c)(7), and for good cause shown, the Board's Motion is **GRANTED.**

**IT IS HEREBY ORDERED** that Garnishee Wells Fargo Bank, N.A., shall disburse to the National Labor Relations Board all funds presently held pursuant to this Court's Writ of Garnishment (Doc. No. 15), dated October 4, 2016.

**IT IS FURTHER ORDERED** that the Board is permitted to disburse funds presently held in escrow pursuant to this Court's Writ of Garnishment and Sale Order (Doc. No. 21), dated November 17, 2016.

**SO ORDERED.**

Signed: January 23, 2018

Graham C. Mullen
United States District Judge