# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **NATIONAL LABOR RELATIONS BOARD,** | : |
| Petitioner, | : |
| v. | : Case No.3:16-mc-00002-GCM-DSC |
| | : (No. 15-72162-2015-9th Cir.) |
| **SYNERGY ONE LOCATING, LLC and SAFE MARKX, LLC,** | : |
| Respondents, | : |
| **DERVON GASKINS,** | : |
| Additional Respondent, | : |
| and | : |
| **COMCAST CORP., BB&T CORP., WELLS FARGO BANK, N.A. and HORNETS BASKETBALL, LLC,** | : |
| Garnishees. | : |

## ORDER TERMINATING GARNISHMENTS, VACATING AND DISCHARGING PRIOR ORDERS

Before the Court is the unopposed Motion of the National Labor Relations Board for an order terminating garnishments, discharging and vacating prior Orders of the Court in this action. In light of the satisfaction of Judgment in this case pursuant to terms stipulated by the parties, and pursuant to 28 U.S.C. § 3205(10)(c), the Court's prior Orders and inherent authority, and for good cause showing, the Motion is **GRANTED**.

It is hereby **ORDERED** that the Writ of Garnishment issued by the Court on May 5, 2016 directed to BB&T Corp. [ECF No. 5] is terminated.

**IT IS FURTHER ORDERED** that Writ of Garnishment issued by the Court on July 7, 2016, directed to Comcast Corporation [ECF No. 10] is terminated.

**IT IS FURTHER ORDERED** that Writ of Garnishment issued by the Court on October 4, 2016, directed to Wells Fargo Bank, N.A. [ECF No. 15] is terminated.

**IT IS FURTHER ORDERED** that Writ of Garnishment issued by the Court on November 17, 2016, directed to Hornets Basketball, LLC. [ECF No. 21] is terminated.

**IT IS FURTHER ORDERED** that the Protective Restraining Order issued by the Court on November 17, 2016 [ECF No. 23] is **VACATED**.

**IT IS FURTHER ORDERED** that the Court's Orders of March 13 and June 23, 2017, assessing costs and attorney's fees [ECF Nos. 27 and 31] for failure to comply with discovery are discharged and **VACATED**.

**SO ORDERED.**

Signed: October 10, 2019

David S. Cayer
United States Magistrate Judge